U.S. DISTRICT COURT (Rev 5/95)

# United States District Court
## District of Maryland

06- 030M-01

UNITED STATES OF AMERICA

SUMMONS IN A
CRIMINAL CASE

v.

JESSE WILLIAM MYERS, JR.

Case No. DKC 99-572

**FILED**

JAN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, Maryland 20770 | 3B |
| | DATE AND TIME<br>November 1, 2005 at 11:00 a.m. |

To answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☒ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

INITIAL APPEARANCE FOR PROBATION VIOLATION



| U.S. Magistrate Judge | DATE |
|---|---|
|  | October 24, 2005 |

ISSUING OFFICER'S NAME and TITLE
WILLIAM CONNELLY, UNITED STATES MAGISTRATE JUDGE

