# United States District Court
## for the
## DISTRICT OF MARYLAND

OCT 2 6 2005

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                          DEPUTY

U.S.A. vs. Jesse Williams Myers, Jr    Docket No.: DKC-99-572

### Petition on Supervised Release

COMES NOW Angela R. Griffin PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Jesse Williams Myers, Jr who was placed on supervision for **Bank Robbery** by the Honorable Deborah K. Chasanow, U.S. District Judge, sitting in the court at Greenbelt, Maryland, on the **8th day of May, 2000** who fixed the period of supervision at **3 year(s)***, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

* Committed to custody of Bureau of Prisons for 51 months, followed by supervised release for a term of 3 year(s).

1. The defendant is instructed to pay a Special Assessment in the amount of $100.00.
2. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
3. The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
4. The defendant shall provide the probation officer with access to any requested financial information.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Continues on following page

PRAYING THAT THE COURT WILL ORDER the issuance of a summons requiring Jesse William Myers, Jr. to appear before the court for the purpose of a violation hearing.

ORDER OF COURT
Considered and ordered as prayed this _26th_ day of _Oct_, _2005_ and ordered filed and made a part of the records in the above case.

_____
Deborah K. Chasanow
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Angela R. Griffin, U.S. Probation Officer

Place: Greenbelt, Maryland

Date: October 24, 2005

PROB 12 continued
MYERS, JR, Jesse Williams
Docket Number: DKC-99-571
Page Number: 2

**WHEREAS:** Jesse W. Myers, Jr. admitted to using cocaine and tested positive for cocaine on October 20, 2005, in violation of statutory condition no. 3: The defendant shall not illegally use or possess a controlled substance.

**WHEREAS:** Jesse W. Myers, Jr. left his residence on August 26, 2005 without permission from his probation officer, in violation of bond release condition no.3: The defendant may leave for appointments approved by the probation officer.