**United States District Court**
**For the District of Columbia**
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 1/31/06

**FILED**
FEB 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Court
6500 Cherrywood Lane Second Flr.
Greenbelt, Md. 20770

_____FILED  _____ENTERED
_____LODGED _____RECEIVED

Re: Jesse William Myers, Jr.
06-MJ-30

FEB 0 1 2006

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 1/26/06 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk